STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD C. CLAIR, DEFENDANT-PETITIONER.

*Messrs. Glickman & Valentine* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

January 13, 1970. Denied.

HARRY E. NEWTON, PLAINTIFF-PETITIONER, v. WILLIAM J. DEMAS, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 107 *N. J. Super.* 346.

*Mr. John E. Queenan, Jr.* and *Mr. Myron H. Gottlieb* for the petitioner.

*Messrs. Dimon, Haines & Bunting* and *Messrs. Wells, Hillman & Wells* for the respondents.

January 13, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER D. COPELAND, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Norman L. Kline* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Richard Ehrlich* for the respondent.

January 13, 1970. Denied.